JOHN CAPERNA, Appellant-Respondent, *v.* WILLIAMS-BAUER CORPORATION, Respondent-Appellant.

Supreme Court, Appellate Term, First Department, November 30, 1945.

See headnote, 185 Misc. 687.

*George M. Aronwald* for appellant-respondent.

*Emanuel Tacker* for respondent-appellant.

Judgment affirmed.

Concur: HAMMER, SHIENTAG and HECHT, JJ.